█ LEAH F. CANTOR, Respondent, v. KIAMESHA CONCORD, INC., Appellant.— Order entered on or about January 8, 1969, in this personal injury action, denying motion for change of venue to Sullivan County pursuant to CPLR 510

(subd. 3) unanimously reversed on the law and facts and in the exercise of discretion, and the motion granted, without costs and without disbursements. (*Kulock* v. *Kiamesha Concord*, 28 A D 2d 660; *Goldman* v. *Weisman*, 23 A D 2d 634; *Lada* v. *Cester*, 22 A D 2d 642; *Police Benevolent Assn.* v. *Post-Standard Co.*, 20 A D 2d 523; *Watertown Estates Corp.* v. *Griffin Roofing*, 18 A D 2d 766; *Fisher* v. *Rothrum*, 9 A D 2d 734; *Slavin* v. *Whispell*, 5 A D 2d 296; *Edwards* v. *Lewin*, 284 App. Div. 28.) Concur — Capozzoli, J. P., Tilzer, McGivern, Nunez and McNally, JJ.